EMILY CROMWELL NEDHAM, Respondent, v. HENRY BLAND NEDHAM, Individually and as Executor, etc., of THOMAS STANLEY NEDHAM, SR., Deceased, and Others, Appellants, Impleaded with EMILY CROMWELL NEDHAM, as Executrix, etc., of THOMAS STANLEY NEDHAM, JR., Deceased, and Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special

Term. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.